**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PEDRO PAGAN GONZALES, | ) | NO. ED CV 08-616-FMC(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| D. DEXTER, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendant. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing the Third Amended Complaint and the action without leave to amend, and with prejudice.

///

///

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Plaintiff and counsel for Defendant.

5      LET JUDGMENT BE ENTERED ACCORDINGLY.

7      DATED: December 2, 2008

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE