**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PEDRO PAGAN GONZALES, | ) | NO. ED CV 08-616-FMC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| D. DEXTER, Warden, | ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and the action are dismissed without leave to amend, and with prejudice.

DATED: December 2, 2008

_/s/ Florence-Marie Cooper_
_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE